***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| **HOWARD A. MCKEE,** | ) | |
| Plaintiff, | ) | |
| | ) | **No. 07-236 T** |
| | ) | **(Judge Eric G. Bruggink)** |
| v. | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert J. Higgins as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Robert J. Higgins, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

April 20, 2007

s/Robert J. Higgins
Robert J. Higgins
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 307-6580
Fax (202) 514-9440
Robert.J.Higgins@USDOJ.GOV