IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-236 T
(Judge Eric G. Bruggink)

HOWARD A. MCKEE.,
Plaintiff,

v.

THE UNITED STATES,
Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, defendant, the United States, hereby moves for a 30-day enlargement of time, from July 11, 2007, through August 10, 2007, within which to answer or otherwise respond to the complaint filed in this case. This is the second enlargement of time defendant has requested for this purpose, an enlargement of 30 days having been previously granted. Counsel for plaintiff advised defendant's counsel on July 9, 2007, that he has no objection to the allowance of this motion.

As good cause for this motion, defendant states that the Internal Revenue Service has not yet provided the Tax Division, Department of Justice, with the administrative files associated with the plaintiff's claim for refund or its recommendation regarding a response to plaintiff's complaint. The Department of Justice needs to receive these items and consider them before preparing an answer or other response to plaintiff's complaint.

WHEREFORE, the defendant prays that this Court grant this unopposed motion for enlargement of time to answer or otherwise respond to plaintiff's complaint.

Respectfully submitted,

s/Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
Court of Federal Claims Section

s/Steven I. Frahm
Of Counsel

July 9, 2007