IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 07-236 T
(Judge Eric G. Bruggink)

HOWARD A. MCKEE,
Plaintiff,

v.

THE UNITED STATES,
Defendant

---

MOTION FOR ENLARGEMENT OF TIME

---

Pursuant to RCFC 6.1, defendant, the United States, hereby moves for a 31-day enlargement of time, from August 10, 2007, through September 10, 2007, within which to answer or otherwise respond to the complaint filed in this case. This is the third enlargement of time defendant has requested for this purpose, enlargements of 60 days having been previously granted. Counsel for plaintiff advised defendant's counsel on August 8, 2007, that he has no objection to the allowance of this motion.

As good cause for this motion, defendant states that the Internal Revenue Service has not yet provided the Tax Division, Department of Justice, with the administrative files associated with the plaintiff's claim for refund or its recommendation regarding a response to plaintiff's complaint. The Department of Justice needs to receive these items and consider them before preparing an answer or other response to plaintiff's complaint. As of August 8, 2007, the administrative files have not been retrieved from the Internal Revenue Service Center in Atlanta and provided the Internal

Revenue Service Office of Chief Counsel. The undersigned attorney of record spoke on August 8, 2007, with the Chief Counsel Attorney assigned to this case and joined him in a conference call to the National Office of the Internal Revenue Service in Washington, D.C., to request an urgent follow-up to the original request for the administrative file made on April 19, 2007, one week after the complaint was filed. WHEREFORE, the defendant prays that this Court grant this unopposed motion for a third enlargement of time, until September 10, 2007, to answer or otherwise respond to plaintiff's complaint.

Respectfully submitted,

s/Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief
Court of Federal Claims Section

s/Mary M. Abate
Of Counsel

August 8, 2007