IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-236 T
(Judge Eric G. Bruggink)

HOWARD A. MCKEE,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# ANSWER

COMES NOW the defendant, the United States of America, in answer to the complaint filed on April 12, 2007, in the above-captioned case and respectfully denies each and every allegation contained in the complaint that is not expressly admitted or otherwise expressly addressed below.

The United States further:

1 and 2. Admits the allegations in paragraphs 1 and 2.

3. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the allegations in paragraph 3 regarding the plaintiff's address and admits the remaining allegations in paragraph 3.

4. Admits the allegation in paragraph 4.

5. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the allegations in paragraph 5.

6. States that the records of the Internal Revenue Service indicate that a payment of $3,624,204 by the plaintiff is recorded on April 22, 2003, and further states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 6.

7. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the allegations in paragraph 7.

8. States that the records of the Internal Revenue Service indicate a payment of $630,072 on June 2, 2003, an assessment of tax in the amount of $533,115 on June 13, 2006, an assessment of interest in the amount of $98,529.63 also on June 13, 2006, and a refund of $1,333.67 on July 31, 2006. States further that its attorneys currently lack knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 8.

9. Admits that Exhibit A is attached to the complaint, states that the records of the Internal Revenue Service indicate the filing of an amended return filed by the plaintiff on November 7, 2006, and further states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 9.

10. States that the records of the Internal Revenue Service indicate the disallowance of plaintiff's claim on March 19, 2007, admits that Exhibit B is attached to the complaint, and further states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 10.

11. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the allegations in paragraph 11.

12. States that the records of the Internal Revenue Service indicate the filing of a return on August 4, 2003, and a payment with the return on April 22, 2003. States further that its attorneys currently lack knowledge or information sufficient to form a belief regarding the remaining allegations in paragraph 12.

13. Denies the allegations in the first sentence of paragraph 13. Admits the allegations in the second sentence of paragraph 13.

14. Denies the allegations in paragraph 14.

15. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the allegations in paragraph 15.

WHEREFORE, the defendant prays that the plaintiff take nothing by this complaint, that costs be taxed against the plaintiff and that the Court award the United States of America such other and further relief as the Court deems appropriate, including costs

Respectfully submitted,

s/Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief
Court of Federal Claims Section

s/G. Robson Stewart
Of Counsel

September 7, 2007