# In the United States Court of Federal Claims

No. 07-236T
(Filed: November 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *
HOWARD A. McKEE,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it the parties' Joint Preliminary Status Report filed October 29, 2007. The court adopts the discovery schedule set out in the JPSR as follows:

Initial Disclosures. The initial disclosures required by RCFC 26(a)(1) will be exchanged no later than November 30, 2007.

Fact Discovery. Fact discovery will be completed on or before December 1, 2008.

Expert Disclosures and Discovery. Plaintiff will make the disclosures required by RCFC 26(a)(2) on or before June 2, 2008. Depositions of plaintiff's experts will be completed on or before September 15, 2008. Defendant will make the disclosures required by RCFC 26(a)(2) on or before July 1, 2008. Depositions of defendant's experts will be completed on or before October 15, 2008. Disclosure of rebuttal experts or reports contemplated by RCFC 26(a)(2)(C) will take place on or before November 3, 2008. Depositions of experts on rebuttal opinions will be completed on or before December 1, 2008.

Expert Discovery Cut-Off. Expert discovery will be completed on or before December 1, 2008.

The court will schedule a telephonic status conference to be held one month prior to the close of all discovery.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge