IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-236 T
(Judge Bruggink)

HOWARD A. MCKEE,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**JOINT MOTION TO SUSPEND PROCEEDINGS**

The parties respectfully request that the Court suspend proceedings to permit defendant to consider plaintiff's pending settlement offer.

On May 30, 2008, plaintiff submitted to defendant an offer to settle all the unresolved issues in the above-captioned case. The Court of Federal Claims Section of the Tax Division of the United States Department of Justice intends to recommend acceptance of this offer to the Tax Division's Office of Review, which has final settlement authority in this matter.

Under the Court's November 7, 2007, scheduling order, the parties soon will be required to make expert disclosures and to undertake expert discovery. Given these impending deadlines, and that it is likely that a settlement of this case can be reached without further expenditure of resources by the parties, the parties believe that the interests of judicial economy will be served

by granting the instant motion.[1]

This joint motion to suspend proceedings has been prepared in consultation with plaintiff, who has authorized the undersigned attorneys for defendant to represent to the Court that he joins in this motion.

Respectfully submitted,

June 2, 2008

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26, Ben Franklin Station
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

June 2, 2008

s/ G. Robson Stewart
Of Counsel

[1] In the event that the settlement offer ultimately is rejected by the Office of Review, the parties will propose a schedule for completion of expert discovery.