# In the United States Court of Federal Claims

No. 07-236T
(Filed: June 10, 2008)

* * * * * * * * * * * * * * * * * * * * * *
HOWARD A. McKEE,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' June 2, 2008 joint motion to suspend proceedings pending settlement. For good cause shown, the motion is granted. Absent the filing of a joint stipulation for dismissal in the interim, the parties shall file a joint status report on or before October 6, 2008, proposing a schedule for completion of expert discovery.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge